United States Bankruptcy Court
Western District of Pennsylvania
Erie Division

IN RE:

Randy Jay Spencer, Debtor          Case Number: 24-10166 JCM

FILED
24 MAR 26 PM 2: 06
CLERK
U.S. BANKRUPTCY
COURT
ERIE

The following is the listing of the four (4) financial institutions with which the Debtor has accounts:

Northwest Bank
1301 Liberty Street
Franklin, PA  16323

Galaxy Federal Credit Union
1313 Liberty Street
Franklin, PA  16323

Top Tier Federal Credit Union
6935 U.S. 322
Cranberry, PA  16319

DLL Finance LLC

8001 Birchwood Court

P.O. Box 2000
Johnston, IA 50131-0020