**UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER, 2825 LONE OAK PARKWAY, EAGAN MN 55121-9640
TELEPHONE NO: (866) 974-2733

Page 1 of 1

## Remittance Advice

11-30-2023

RANDY J SPENCER
166 GARDEN LANE
FRANKLIN  PA 16323-7902

| Vendor ID: | 00007911600003 |
| Number: | 0410709719 |
| Amount: | $***12894.40 |
| Date: | 11-30-2023 |

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below.  Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice/Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| 157AG | 157AG-20231101-000008360561 | 11/28/23 | 3,206.29 | 3,206.29 | 0.00 | 0.00 | 3,206.29 |
|  | 160-03695-24A   FI RECUR/NNP |  |  |  |  |  |  |
| 158BG | 158BG-20231101-000008360568 | 11/28/23 | 4,009.28 | 4,009.28 | 0.00 | 0.00 | 4,009.28 |
|  | 160-05872-24A   TM RECUR/NNP |  |  |  |  |  |  |
| 163A3 | 163A3-20231101-000008360610 | 11/28/23 | 5,678.83 | 5,678.83 | 0.00 | 0.00 | 5,678.83 |
|  | 160-03716-24A   FI RECUR/NNP |  |  |  |  |  |  |

---- MAILING LABEL ----                    ---- MAILING LABEL ----

Mailed To:
0410709719
RANDY J SPENCER
166 GARDEN LANE
FRANKLIN  PA 16323-7902

===================== UNITED STATES POSTAL SERVICE =====================

**UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER, 2825 LONE OAK PARKWAY, EAGAN MN 55121-9640
TELEPHONE NO: (866) 974-2733

Page 1 of 1

## Remittance Advice

12-04-2023

RANDY J SPENCER
166 GARDEN LANE
FRANKLIN  PA 16323-7902

| | |
|---|---|
| Vendor ID: | 00007911600004 |
| Number: | 0410715190 |
| Amount: | $****1727.66 |
| Date: | 12-04-2023 |

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below. Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice/Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| 163BG | 163BG-20231101-000008326143 5429-NOV-23A  Addtl Trips/URN | 12/01/23 | 354.39 | 354.39 | 0.00 | 0.00 | 354.39 |
| 163BG | 163BG-20231101-000008347746 5429-NOV-23A  Addtl Trips/URN | 12/01/23 | 803.71 | 803.71 | 0.00 | 0.00 | 803.71 |
| 163BG | 163BG-20231101-000008347747 5429-NOV-23A  Addtl Trips/URN | 12/01/23 | 569.56 | 569.56 | 0.00 | 0.00 | 569.56 |

---- MAILING LABEL ----        ---- MAILING LABEL ----

Mailed To:

0410715190
RANDY J SPENCER
166 GARDEN LANE
FRANKLIN  PA 16323-7902

============================UNITED STATES POSTAL SERVICE============================

**UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER. 2825 LONE OAK PARKWAY, EAGAN MN 55121-9640
TELEPHONE NO: (866) 974-2733

Page 1 of 1

## Remittance Advice

12-08-2023

RANDY J SPENCER
166 GARDEN LANE
FRANKLIN PA 16323-7902

| Vendor ID: | 00007911600004 |
| --- | --- |
| Number: | 0410722919 |
| Amount: | $****1740.32 |
| Date: | 12-08-2023 |

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below. Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice/Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 163BG | 163BG-20231101-000008365129 | 12/01/23 | 974.58 | 974.58 | 0.00 | 0.00 | 974.58 |
|  | 5429-NOV-23A  Addtl Trips/URN |  |  |  |  |  |  |
| 163BG | 163BG-20231101-000008366188 | 12/01/23 | 765.74 | 765.74 | 0.00 | 0.00 | 765.74 |
|  | 5429-NOV-23A  Addtl Trips/URN |  |  |  |  |  |  |

---- MAILING LABEL ----            ---- MAILING LABEL ----

Mailed To:
0410722919
RANDY J SPENCER
166 GARDEN LANE
FRANKLIN PA 16323-7902

================================ UNITED STATES POSTAL SERVICE ================================


**UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER, 2825 LONE OAK PARKWAY, EAGAN MN 55121-9640
TELEPHONE NO: (866) 974-2733

Page 1 of 1

## Remittance Advice

12-20-2023

| Vendor ID: | 00007911600003 |
| Number: | 0410738101 |
| Amount: | $***13156.15 |
| Date: | 12-20-2023 |

RANDY J SPENCER
166 GARDEN LANE
FRANKLIN  PA 16323-7902

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below. Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice/Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| 157AG | 157AG-20231201-000008460356 | 12/18/23 | 3,267.06 | 3,267.06 | 0.00 | 0.00 | 3,267.06 |
|  | 160-06900-24A   FI RECUR/NNP |  |  |  |  |  |  |
| 158BG | 158BG-20231201-000008460363 | 12/18/23 | 4,077.71 | 4,077.71 | 0.00 | 0.00 | 4,077.71 |
|  | 160-06903-24A   FI RECUR/NNP |  |  |  |  |  |  |
| 163A3 | 163A3-20231201-000008460401 | 12/18/23 | 5,811.38 | 5,811.38 | 0.00 | 0.00 | 5,811.38 |
|  | 160-06922-24A   FI RECUR/NNP |  |  |  |  |  |  |

---- MAILING LABEL ----        ---- MAILING LABEL ----

Mailed To:
0410738101
RANDY J SPENCER
166 GARDEN LANE
FRANKLIN  PA 16323-7902

========================= UNITED STATES POSTAL SERVICE =========================

**UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER, 2825 LONE OAK PARKWAY, EAGAN MN 55121-9640
TELEPHONE NO: (866) 974-2733

Page 1 of 1

## Remittance Advice

01-02-2024

| Vendor ID: | 00007911600004 |
| Number: | 0410757962 |
| Amount: | $****1388.05 |
| Date: | 01-02-2024 |

RANDY J SPENCER
166 GARDEN LANE
FRANKLIN PA 16323-7902

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below. Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice/Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| 163BG | 163BG-20231201-000008403185 5429-DEC-23A  Addtl Trips/URN | 01/01/24 | 567.84 | 567.84 | 0.00 | 0.00 | 567.84 |
| 163BG | 163BG-20231201-000008465961 5429-DEC-23A  Addtl Trips/URN | 01/01/24 | 820.21 | 820.21 | 0.00 | 0.00 | 820.21 |

---- MAILING LABEL ----     ---- MAILING LABEL ----

Mailed To:
0410757962
RANDY J SPENCER
166 GARDEN LANE
FRANKLIN PA 16323-7902

================== UNITED STATES POSTAL SERVICE ==================



**UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER, 2825 LONE OAK PARKWAY, EAGAN MN 55121-9640
TELEPHONE NO: (866) 974-2733

Page 1 of 1

## Remittance Advice

01-19-2024

| | |
|---|---|
| Vendor ID: | 00007911600004 |
| Number: | 0410777126 |
| Amount: | $****2069.44 |
| Date: | 01-19-2024 |

RANDY J SPENCER
166 GARDEN LANE
FRANKLIN PA 16323-7902

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below. Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice/Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| 163BG | 163BG-20231201-000008506627 5429-DEC-23A  Addtl Trips/URN | 01/01/24 | 2,069.44 | 2,069.44 | 0.00 | 0.00 | 2,069.44 |

---- MAILING LABEL ----        ---- MAILING LABEL ----

Mailed To:
0410777126
RANDY J SPENCER
166 GARDEN LANE
FRANKLIN PA 16323-7902

========================= UNITED STATES POSTAL SERVICE =========================



**UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER. 2825 LONE OAK PARKWAY, EAGAN MN 55121-9640
TELEPHONE NO: (866) 974-2733

Page 1 of 1

## Remittance Advice

01-31-2024

RANDY J SPENCER
166 GARDEN LANE
FRANKLIN  PA 16323-7902

| | |
|---|---|
| Vendor ID: | 00007911600003 |
| Number: | 0410798864 |
| Amount: | $***13033.32 |
| Date: | 01-31-2024 |

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below.  Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice/Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| 157AG | 157AG-20240101-000008530796 | 01/29/24 | 3,233.37 | 3,233.37 | 0.00 | 0.00 | 3,233.37 |
| | 160-09465-24A   FI RECUR/NNP | | | | | | |
| 158BG | 158BG-20240101-000008530803 | 01/29/24 | 4,030.04 | 4,030.04 | 0.00 | 0.00 | 4,030.04 |
| | 160-09468-24A   FI RECUR/NNP | | | | | | |
| 163A3 | 163A3-20240101-000008530841 | 01/29/24 | 5,769.91 | 5,769.91 | 0.00 | 0.00 | 5,769.91 |
| | 160-09486-24A   FI RECUR/NNP | | | | | | |

---- MAILING LABEL ----                     ---- MAILING LABEL ----

Mailed To:
0410798864
RANDY J SPENCER
166 GARDEN LANE
FRANKLIN  PA 16323-7902

========================= UNITED STATES POSTAL SERVICE =========================


**UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER, 2825 LONE OAK PARKWAY, EAGAN MN 55121-9640
TELEPHONE NO: (866) 974-2733

## Remittance Advice

02-02-2024

RANDY J SPENCER
166 GARDEN LANE
FRANKLIN PA 16323-7902

Page 1 of 1

| Vendor ID: | 00007911600004 |
| Number: | 0410804507 |
| Amount: | $****2754.19 |
| Date: | 02-02-2024 |

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below. Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice/Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| 163BG | 163BG-20240101-000008506626 | 02/01/24 | 1,205.55 | 1,205.55 | 0.00 | 0.00 | 1,205.55 |
|  | 5429-JAN-24A  Addtl Trips/URN |  |  |  |  |  |  |
| 163BG | 163BG-20240101-000008510441 | 02/01/24 | 783.76 | 783.76 | 0.00 | 0.00 | 783.76 |
|  | 5429-JAN-24A  Addtl Trips/URN |  |  |  |  |  |  |
| 163BG | 163BG-20240101-000008510496 | 02/01/24 | 201.45 | 201.45 | 0.00 | 0.00 | 201.45 |
|  | 5429-JAN-24A  Addtl Trips/URN |  |  |  |  |  |  |
| 163BG | 163BG-20240101-000008537563 | 02/01/24 | 563.43 | 563.43 | 0.00 | 0.00 | 563.43 |
|  | 5429-JAN-24A  Addtl Trips/URN |  |  |  |  |  |  |

---- MAILING LABEL ----          ---- MAILING LABEL ----

Mailed To:
0410804507
RANDY J SPENCER
166 GARDEN LANE
FRANKLIN PA 16323-7902

=========================== UNITED STATES POSTAL SERVICE ===========================

**UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER, 2825 LONE OAK PARKWAY, EAGAN MN 55121-9640
TELEPHONE NO: (866) 974-2733

Page 1 of 1

## Remittance Advice

02-09-2024

RANDY J SPENCER
166 GARDEN LANE
FRANKLIN  PA 16323-7902

Vendor ID: 00007911600004
Number: 0410813642
Amount: $*****494.18
Date: 02-09-2024

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below.  Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice/Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| 163BG | 163BG-20240101-000008538475 5429-JAN-24A  Addtl Trips/URN | 02/01/24 | 494.18 | 494.18 | 0.00 | 0.00 | 494.18 |

---- MAILING LABEL ----                    ---- MAILING LABEL ----

Mailed To:
0410813642
RANDY J SPENCER
166 GARDEN LANE
FRANKLIN  PA 16323-7902

================== UNITED STATES POSTAL SERVICE ==================

# UNITED STATES POSTAL SERVICE

ACCOUNTING SERVICE CENTER, 2825 LONE OAK PARKWAY, EAGAN MN 55121-9640
TELEPHONE NO: (866) 974-2733

Page 1 of 1

## Remittance Advice

02-29-2024

RANDY J SPENCER
166 GARDEN LANE
FRANKLIN PA 16323-7902

Vendor ID: 00007911600003
Number: 0410843601
Amount: $***12089.66
Date: 02-29-2024

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below. Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice/Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| 157AG | 157AG-20240201-000008568875 | 02/27/24 | 2,996.56 | 2,996.56 | 0.00 | 0.00 | 2,996.56 |
|  | 160-12317-24A FI RECUR/NNP |  |  |  |  |  |  |
| 158BG | 158BG-20240201-000008568881 | 02/27/24 | 3,730.15 | 3,730.15 | 0.00 | 0.00 | 3,730.15 |
|  | 160-12319-24A FI RECUR/NNP |  |  |  |  |  |  |
| 163A3 | 163A3-20240201-000008568920 | 02/27/24 | 5,362.95 | 5,362.95 | 0.00 | 0.00 | 5,362.95 |
|  | 160-12338-24A FI RECUR/NNP |  |  |  |  |  |  |

---- MAILING LABEL ----        ---- MAILING LABEL ----

Mailed To:
0410843601
RANDY J SPENCER
166 GARDEN LANE
FRANKLIN PA 16323-7902

================= UNITED STATES POSTAL SERVICE =========================

**UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER, 2825 LONE OAK PARKWAY, EAGAN MN 55121-9640
TELEPHONE NO: (866) 974-2733

Page 1 of 1

## Remittance Advice

03-04-2024

RANDY J SPENCER
166 GARDEN LANE
FRANKLIN PA 16323-7902

Vendor ID: 00007911600004
Number: 0410849042
Amount: $****2472.27
Date: 03-04-2024

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below. Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice/Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| 163BG | 163BG-20240201-000008544853 5429-FEB-24A  Addtl Trips/URN | 03/01/24 | 750.79 | 750.79 | 0.00 | 0.00 | 750.79 |
| 163BG | 163BG-20240201-000008560403 5429-FEB-24A  Addtl Trips/URN | 03/01/24 | 675.40 | 675.40 | 0.00 | 0.00 | 675.40 |
| 163BG | 163BG-20240201-000008560772 5429-FEB-24A  Addtl Trips/URN | 03/01/24 | 1,046.08 | 1,046.08 | 0.00 | 0.00 | 1,046.08 |

---- MAILING LABEL ----      ---- MAILING LABEL ----

Mailed To:
0410849042
RANDY J SPENCER
166 GARDEN LANE
FRANKLIN PA 16323-7902

========================= UNITED STATES POSTAL SERVICE =========================


**UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER, 2825 LONE OAK PARKWAY, EAGAN MN 55121-9640
TELEPHONE NO: (866) 974-2733

Page 1 of 1

## Remittance Advice

03-08-2024

| Vendor ID: | 00007911600004 |
| Number: | 0410856422 |
| Amount: | $*****980.11 |
| Date: | 03-08-2024 |

RANDY J SPENCER
166 GARDEN LANE
FRANKLIN PA 16323-7902

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below. Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice/Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| 163BG | 163BG-20240201-000008574661 5429-FEB-24A  Addtl Trips/URN | 03/01/24 | 980.11 | 980.11 | 0.00 | 0.00 | 980.11 |

---- MAILING LABEL ----                ---- MAILING LABEL ----

Mailed To:
0410856422
RANDY J SPENCER
166 GARDEN LANE
FRANKLIN PA 16323-7902

========================= UNITED STATES POSTAL SERVICE =========================



**UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER, 2825 LONE OAK PARKWAY, EAGAN MN 55121-9640
TELEPHONE NUMBER: 1-866-974-2733

Page 1 of 1

## Remittance Advice

03-13-2024

RANDY J SPENCER
166 GARDEN LANE
FRANKLIN  PA 16323-7902

Vendor ID: 00007911600004
Check Number: 0322751441
Check Amount: $*****980.11
Check Date: 03-13-2024

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below.  Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice/Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| 163BG | 163BG-20240201-000008574661 5429-FEB-24A  Addtl Trips/URN | 03/01/24 | 980.11 | 980.11 | 0.00 | 0.00 | 980.11 |

- -Separate Along The Perforation- -

PS FORM 6STL-H, MAR. 29, 1994 CHECK w1 E

**UNITED STATES POSTAL SERVICE**

Accounting Service Center, 2825 Lone Oak Parkway, Eagan MN 55121-9640
Telephone No: (866) 974-2733

Page 1 of 1

## Remittance Advice

03-29-2024

RANDY J SPENCER
166 GARDEN LANE
FRANKLIN  PA 16323-7902

Vendor ID: 00007911600003
Number: 0410888878
Amount: $***12995.46
Date: 03-29-2024

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below. Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice/Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| 157AG | 157AG-20240301-000008601312 | 03/27/24 | 3,222.98 | 3,222.98 | 0.00 | 0.00 | 3,222.98 |
|  | 160-14989-24A    FI RECUR/NNP |  |  |  |  |  |  |
| 158BG | 158BG-20240301-000008601317 | 03/27/24 | 4,015.35 | 4,015.35 | 0.00 | 0.00 | 4,015.35 |
|  | 160-14990-24A    FI RECUR/NNP |  |  |  |  |  |  |
| 163A3 | 163A3-20240301-000008601345 | 03/27/24 | 5,757.13 | 5,757.13 | 0.00 | 0.00 | 5,757.13 |
|  | 160-15005-24A    FI RECUR/NNP |  |  |  |  |  |  |

---- MAILING LABEL ----                    ---- MAILING LABEL ----

Mailed To:

0410888878
RANDY J SPENCER
166 GARDEN LANE
FRANKLIN  PA 16323-7902

========================= UNITED STATES POSTAL SERVICE =========================

**UNITED STATES POSTAL SERVICE**

Accounting Service Center, 2825 Lone Oak Parkway, Eagan MN 55121-9640
Telephone No: (866) 974-2733

## Remittance Advice

04-02-2024

RANDY J SPENCER
166 GARDEN LANE
FRANKLIN PA 16323-7902

Page 1 of 1

Vendor ID: 00007911600004
Number: 0410894003
Amount: $****3211.54
Date: 04-02-2024

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below. Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice/Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| 163BG | 163BG-20240301-000008578100 | 04/01/24 | 673.13 | 673.13 | 0.00 | 0.00 | 673.13 |
|  | 5429-MAR-24A  Addtl Trips/URN |  |  |  |  |  |  |
| 163BG | 163BG-20240301-000008581245 | 04/01/24 | 1,283.36 | 1,283.36 | 0.00 | 0.00 | 1,283.36 |
|  | 5429-MAR-24A  Addtl Trips/URN |  |  |  |  |  |  |
| 163BG | 163BG-20240301-000008594729 | 04/01/24 | 1,255.05 | 1,255.05 | 0.00 | 0.00 | 1,255.05 |
|  | 5429-MAR-24A  Addtl Trips/URN |  |  |  |  |  |  |

---- MAILING LABEL ----         ---- MAILING LABEL ----

Mailed To:
0410894003
RANDY J SPENCER
166 GARDEN LANE
FRANKLIN PA 16323-7902

========================= UNITED STATES POSTAL SERVICE =========================

**UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER, 2825 LONE OAK PARKWAY, EAGAN MN 55121-9640
TELEPHONE NO: (866) 974-2733

Page 1 of 1

## Remittance Advice

04-05-2024

RANDY J SPENCER
166 GARDEN LANE
FRANKLIN  PA 16323-7902

Vendor ID: 00007911600004
Number: 0410900629
Amount: $*****852.43
Date: 04-05-2024

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below.  Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice/Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| 163BG | 163BG-20240301-000008607151 5429-MAR-24A  Addtl Trips/URN | 04/01/24 | 852.43 | 852.43 | 0.00 | 0.00 | 852.43 |

---- MAILING LABEL ----          ---- MAILING LABEL ----

Mailed To:
0410900629
RANDY J SPENCER
166 GARDEN LANE
FRANKLIN  PA 16323-7902

========================= UNITED STATES POSTAL SERVICE =================