# Notice Recipients

| | |
|---|---|
| District/Off: 0315−1 | User: auto | Date Created: 5/8/2024 |
| Case: 24−10166−JCM | Form ID: 309iPGH | Total: 19 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Township of Cranberry
cr          Commonwealth of Pennsylvania, Department of Revenue

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust         Office of the United States Trustee         1000 Liberty Avenue         Suite 1316         Pittsburgh, PA 15222
tr          Ronda J. Winnecour         Suite 3250, USX Tower         600 Grant Street         Pittsburgh, PA 15219
db          Randy Jay Spencer         166 Garden Lane         Franklin, PA 16323
cr          Galaxy Federal Credit Union         1313 Liberty Street         Franklin, PA 16323
aty         Allison L. Carr         Pennsylvania Office of Attorney General         1251 Waterfront Place         Mezzanine Level         Pittsburgh, PA 15222
aty         Brian C. Thompson         Thompson Law Group , PC         301 Smith Drive         Suite 6         Cranberry Township, PA 16066
aty         Daniel Conlon         Tucker Arensberg, P.C.         1500 One PPG Place         Pittsburgh, PA 15222
aty         Maribeth Thomas         Tucker Arensberg PC         1500 One PPG Place         Pittsburgh, PA 15222
aty         Mark G. Claypool         120 West Tenth Street         Erie, PA 16501−6498
smg         Pennsylvania Department of Revenue         Bankruptcy Division         P.O. Box 280946         Harrisburg, PA 17128−0946
smg         Pennsylvania Dept. of Revenue         Department 280946         P.O. Box 280946         ATTN: BANKRUPTCY DIVISION         Harrisburg, PA 17128−0946
15699358    DLL Finance LLC         8001 Birchwood Court         P. 0. Box 2000         Johnston, IA 50131−0020
15699356    Galaxy Federal Credit Union         1313 Liberty Street         Franklin, PA 16323
15699355    Northwest Bank         1301 Liberty Street         Franklin, PA 16323
15715554    Northwest Bank         PO Box 337         Warren, PA 16365
15700109    Pennsylvania Department of Revenue         Bankruptcy Division PO Box 280946         Harrisburg, PA 17128−0946
15699357    Top Tier Federal Credit Union         6935 U.S. 322         Cranberry, PA 16319

TOTAL: 17