IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: **Randy Jay Spencer** : Bankruptcy No. **24-10166-JCM**
: 
                 Debtor :
: Chapter **13**
Movant :
: Related to Document No.
  v. :
:
:
No Respondent :

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

_____ Voluntary Petition - *Specify reason for amendment*:

_____ Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____ Summary of Schedules
**X** Schedule A - Real Property
**X** Schedule B - Personal Property
_____ Schedule C - Property Claimed as Exempt
_____ Schedule D - Creditors holding Secured Claims
    Check one:
        _____ Creditor(s) added
        _____ NO Creditor(s) added
        _____ Creditor(s) deleted
_____ Schedule E - Creditors Holding Unsecured Priority Claims
    Check one:
        _____ Creditor(s) added
        _____ NO Creditor(s) added
        _____ Creditor(s) deleted
_____ Schedule F - Creditors Holding Unsecured Nonpriority Claims
    Check one:
        _____ Creditor(s) added
        _____ NO Creditor(s) added
        _____ Creditor(s) deleted
_____ Schedule G - Executory Contracts and Unexpired Leases
    Check one:
        _____ Creditor(s) added
        _____ NO Creditor(s) added
        _____ Creditor(s) deleted
_____ Schedule H - Codebtors
_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Statement of Financial Affairs
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____ Disclosure of Compensation of Attorney for Debtor
_____ Other: _____

| | |
|---|---|
| Date **May 22, 2024** | **/s/ Brian C. Thompson, Esquire** |
| | Attorney for Debtor(s) [or *pro se* Debtor(s)] |
| | **Brian C. Thompson, Esquire PA-91197** |
| | (Typed Name) |
| | **301 Smith Drive** |
| | **Suite 6** |
| | **Cranberry Twp, PA 16066** |
| | (Address) |
| | **724-799-8404** |
| | (Phone No.) |
| | **PA-91197 PA** |
| | List Bar I.D. and State of Admission |

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.