IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: **Randy Jay Spencer** : Bankruptcy No. **24-10166-JCM**
:
Debtor :
: Chapter **13**
Movant :
: Related to Document No.
v. :
:
:
No Respondent :

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

\_\_\_\_\_ Voluntary Petition - *Specify reason for amendment*:

\_\_\_\_\_ Official Form 6 Schedules (Itemization of Changes Must Be Specified)
\_\_\_\_\_ Summary of Schedules
\_\_\_\_\_ Schedule A - Real Property
\_\_\_\_\_ Schedule B - Personal Property
\_\_\_\_\_ Schedule C - Property Claimed as Exempt
\_\_\_\_\_ Schedule D - Creditors holding Secured Claims
    Check one:
    \_\_\_\_\_ Creditor(s) added
    \_\_\_\_\_ NO Creditor(s) added
    \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule E - Creditors Holding Unsecured Priority Claims
    Check one:
    \_\_\_\_\_ Creditor(s) added
    \_\_\_\_\_ NO Creditor(s) added
    \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule F - Creditors Holding Unsecured Nonpriority Claims
    Check one:
    \_\_\_\_\_ Creditor(s) added
    \_\_\_\_\_ NO Creditor(s) added
    \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule G - Executory Contracts and Unexpired Leases
    Check one:
    \_\_\_\_\_ Creditor(s) added
    \_\_\_\_\_ NO Creditor(s) added
    \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule H - Codebtors
\_\_\_\_\_ Schedule I - Current Income of Individual Debtor(s)
\_\_\_\_\_ Schedule J - Current Expenditures of Individual Debtor(s)
**X** Statement of Financial Affairs
\_\_\_\_\_ Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_\_ Chapter 11 List of Equity Security Holders
\_\_\_\_\_ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_\_\_ Disclosure of Compensation of Attorney for Debtor
\_\_\_\_\_ Other: _____

| | |
|---|---|
| Date **May 22, 2024** | **/s/ Brian C. Thompson, Esquire** |
| | Attorney for Debtor(s) [or *pro se* Debtor(s)] |
| | **Brian C. Thompson, Esquire PA-91197** |
| | (Typed Name) |
| | **301 Smith Drive** |
| | **Suite 6** |
| | **Cranberry Twp, PA 16066** |
| | (Address) |
| | **724-799-8404** |
| | (Phone No.) |
| | **PA-91197 PA** |
| | List Bar I.D. and State of Admission |

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.