**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RANDY J. SPENCER,<br><br>             Debtor.<br><br>COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE,<br><br>             Movant,<br><br>   v.<br><br>RANDY J. SPENCER,<br><br>             Respondent. | Case No. 24-10166-JCM<br><br>Chapter 13 |

## **ORDER**

AND NOW, this _____ day of _____, 20__, upon the consideration of the *Objection to Confirmation of Chapter 13 Plan Dated May 7, 2024*, by the Commonwealth of Pennsylvania, Department of Revenue, it is hereby ORDERED, ADJUDGED, and DECREED that the confirmation of the Debtor's Chapter 13 Plan Dated May 7, 2024, is **DENIED**.

 

                                                                   Hon. John C. Melaragno
                                                                   United States Bankruptcy Judge