IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>RANDY J. SPENCER,<br><br>                  Debtor.<br><br>COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE,<br><br>                  Movant,<br><br>    v.<br><br>RANDY J. SPENCER,<br><br>                  Respondent. | Case No. 24-10166-JCM<br><br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on this 22nd day of May, 2024, a true and correct copy of the *Objection to Confirmation of Chapter 13 Plan Dated April 1, 2024*, by the Commonwealth of Pennsylvania, Department of Revenue, (a) has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System and (b) was electronically served upon the following counsel of record by means of the CM/ECF System:

Mark G. Claypool on behalf of Creditor Galaxy Federal Credit Union
mclaypool@kmgslaw.com,

Daniel Conlon on behalf of Creditor Township of Cranberry
dconlon@tuckerlaw.com, jlint@tuckerlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Maribeth Thomas on behalf of Creditor Township of Cranberry
mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Brian C. Thompson on behalf of Debtor Randy Jay Spencer
bthompson@ThompsonAttorney.com,

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Dated: May 22, 2024

                                                */s/ Allison L. Carr*
                                                Allison L. Carr