IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: **Randy Jay Spencer** : Bankruptcy No. **24-10166-JCM**
: 
Debtor :
: Chapter **13**
Movant :
: Related to Document No.
v. :
:
:
No Respondent :

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

_____ Voluntary Petition - *Specify reason for amendment*:

_____ Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____ Summary of Schedules
_____ Schedule A - Real Property
_____ Schedule B - Personal Property
_____ Schedule C - Property Claimed as Exempt
_____ Schedule D - Creditors holding Secured Claims
    Check one:
        _____ Creditor(s) added
        _____ NO Creditor(s) added
        _____ Creditor(s) deleted
_____ Schedule E - Creditors Holding Unsecured Priority Claims
    Check one:
        _____ Creditor(s) added
        _____ NO Creditor(s) added
        _____ Creditor(s) deleted
**X** Schedule F - Creditors Holding Unsecured Nonpriority Claims
    Check one:
        _____ Creditor(s) added
        **X** NO Creditor(s) added
        _____ Creditor(s) deleted
_____ Schedule G - Executory Contracts and Unexpired Leases
    Check one:
        _____ Creditor(s) added
        _____ NO Creditor(s) added
        _____ Creditor(s) deleted
_____ Schedule H - Codebtors
_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Statement of Financial Affairs
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____ Disclosure of Compensation of Attorney for Debtor
_____ Other: _____

Date **May 23, 2024**    **/s/ Brian C. Thompson, Esquire**

Attorney for Debtor(s) [or *pro se* Debtor(s)]

**Brian C. Thompson, Esquire PA-91197**
(Typed Name)

**301 Smith Drive**
**Suite 6**
**Cranberry Twp, PA 16066**
(Address)

**724-799-8404**
(Phone No.)

**PA-91197 PA**
List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.