

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

2410166

DEBTOR(S):  Related to: Document No. 38

RANDY JAY SPENCER

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 7 IN THE AMOUNT OF $619.91

CREDITOR'S SIGNATURE:

/s/ Susan Gaines

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

5/31/2024

SO ORDERED.

Dated: June 3, 2024

_____
John C. Melaragno, Judge   glb
United States Bankruptcy Court

SIGNED
6/3/24 9:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA