# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−1 | User: auto | Date Created: 6/3/2024 |
| Case: 24−10166−JCM | Form ID: pdf900 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      ustpregion03.pi.ecf@usdoj.gov
tr      Ronda J. Winnecour      cmecf@chapter13trusteewdpa.com
aty      Brian C. Thompson      bthompson@ThompsonAttorney.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Randy Jay Spencer      166 Garden Lane      Franklin, PA 16323

TOTAL: 1