## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| In re: : | |
| : | Case No. 24-10166-JCM |
| RANDY J. SPENCER, : | |
| : | Chapter 13 |
| Debtor. : | |
| : | |
| TOWNSHIP OF CRANBERRY, : | |
| : | |
| Movant, : | |
| : | Hearing: July 16, 2024, at 10:30 a.m. |
| v. : | |
| : | Response Deadline: June 27, 2024 |
| RANDY J. SPENCER, : | |
| : | |
| Respondent. : | |

## CERTIFICATE OF SERVICE

I, Maribeth Thomas, hereby certify that, on the 10th day of June, 2024, I served or caused to be served a true and correct copy of the Township of Cranberry's Motion for Relief from the Automatic Stay upon all parties-in-interest via the Court's CM/ECF electronic notification system and upon the following parties via First Class U.S. Mail, postage prepaid, at the addresses listed below.

| | |
|---|---|
| Randy Jay Spencer<br>166 Garden Lane<br>Franklin, PA 16323 | Brian C. Thompson<br>Thompson Law Group, PC<br>301 Smith Drive, Suite 6<br>Cranberry Township, PA 16066 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Office of the United States Trustee<br>1000 Liberty Avenue, Suite 1316<br>Pittsburgh, PA 15222 |

Dated: June 10, 2024

TUCKER ARENSBERG, P.C.

*/s/ Maribeth Thomas*
Maribeth Thomas, Esquire (PA ID No. 208376)
1500 One PPG Place
Pittsburgh, PA 15222
Phone: (412) 566-1212
Fax: (412) 594-5619
mthomas@tuckerlaw.com

*Counsel for Township of Cranberry*