**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Randy J. Spencer, | ) | Bankruptcy No.: 24-10166-JCM |
| | ) | |
| Debtor. | ) | Chapter 13 |
| _____ | ) | |
| | ) | |
| Township of Cranberry, | ) | Document No. |
| | ) | |
| Movant, | ) | Related to Document No.: 44 |
| | ) | |
| v. | ) | |
| | ) | **Hearing Date and Time:** |
| Randy J. Spencer, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2024, upon consideration of the foregoing Response, the Motion for Relief from the Automatic Stay is hereby DENIED.

BY:_____J.