**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)**

| | |
|---|---|
| In re: | Case No. 24-10166-JCM |
| RANDY J. SPENCER, | Chapter 13 |
| Debtor. | |
| TOWNSHIP OF CRANBERRY, | Related to Doc. No. 44 |
| Movant, | Hearing: July 16, 2024, at 10:30 a.m. |
| v. | |
| RANDY J. SPENCER, | |
| Respondent. | |

**ORDER**

AND NOW, this ____ day of _____, 2024, upon consideration of the Motion to Continue Hearing on Motion for Relief from the Automatic Stay (the "**Motion**") filed by the Township of Cranberry, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is APPROVED.

2. The hearing on the Motion for Relief from the Automatic Stay scheduled on July 16, 2024, at 10:30 a.m. is CANCELLED and shall be continued to _____, 2024, at ___:____ __m.

BY THE COURT:

_____
JOHN C. MELARAGNO, JUDGE
UNITED STATES BANKRUPTCY COURT

TADMS:5426339-1 035298-189654