**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)**

| | |
|---|---|
| In re: : | |
| : | Case No. 24-10166-JCM |
| RANDY J. SPENCER, : | |
| : | Chapter 13 |
| Debtor. : | |
| : | |
| : | |
| TOWNSHIP OF CRANBERRY, : | Related to Doc. No. 44 |
| : | |
| Movant, : | |
| : | Hearing: July 16, 2024, at 10:30 a.m. |
| v. : | |
| : | |
| RANDY J. SPENCER, : | |
| : | |
| Respondent. : | |
| : | |

**CERTIFICATE OF SERVICE**

I, Maribeth Thomas, hereby certify that on the 16th day of July, 2024, a true and correct copy of the Motion to Continue Hearing on the Motion for Relief from the Automatic Stay was served upon all parties-in-interest via the Court's CM/ECF System.

Respectfully submitted,

Dated: July 16, 2024                TUCKER ARENSBERG, P.C.

*/s/ Maribeth Thomas*
Maribeth Thomas
PA ID No. 208376
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
mthomas@tuckerlaw.com

*Counsel for the Township of Cranberry*