IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Randy Jay Spencer, | : | Bankruptcy No. 24-10166-JCM |
| Debtor. | : | |
| Randy Jay Spencer, | : | Chapter 13 |
| Movant, | : | Document No.: |
| | : | Related Document No.: |
| v. | : | |
| No Respondent, | : | |
| Respondent. | : | |

### SPECIAL COUNSEL DESIGNATE'S VERIFICATION

I, **Timothy D. McNair, Esquire and the McNair Law Offices, PLLC,** located at 821 State Street, Erie, PA 16501-1316, Special Counsel-Designate for the Debtor, Randy Jay Spencer, verify to the best of my knowledge and under penalty of perjury that I have no connection with the Trustee, creditors or any party in interest, nor their respective attorneys and accountants.

I am aware of the provisions of 11 U.S.C. §328(a) which provides that notwithstanding the terms and conditions of employment herein set forth, that the court may allow compensation different from the compensation provided herein if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions.

Date: May 29, 2024

_____
Timothy D. McNair, Esquire
PA Bar ID # 34304
McNair Law Offices, PLLC
821 State Street
Erie, PA 16501-1316