# McNair Law Offices, PLLC

ATTORNEYS AND COUNSELORS AT LAW

February 17, 2023

Randy Spencer
166 Garden Lane
Franklin, PA 16323

Re:   Spencer v. McSparren, et al.

Dear Randy:

This will confirm our telephone conversation of February 17, 2023 concerning agreed upon amendments to the fee agreement I sent you yesterday.

This will confirm that I will continue to bill hourly against the retainer, but will not request any further retainer, except payment for expenses, once the retainer is exhausted. Thereafter, we will convert the fee agreement to a contingency fee of 40% of all sums recovered, with credit for the $10,000 retainer against the fee, meaning that you would receive 60% of any net settlement plus $10,000.

As we discussed, a large part of the relief we are seeking will be satisfaction of the judgment and other non-monetary relief. Because of this, it would not be fair to me to work exclusively on a contingent fee agreement as if this was an injury or insurance claim.

Please sign this where indicated and fax it back to me.

Give me a call if you have any questions.

Very truly yours,

MCNAIR LAW OFFICES, PLLC

By: _____
Timothy D. McNair, Esquire

TDM/arr

_____
Randy Spencer

_____
8/8/24
Date

821 STATE STREET - ERIE, PENNSYLVANIA 16501-1316
TELEPHONE 814.452.0700 - FACSIMILE 814.454.2371 - TOLL FREE (800)453-0566
E-MAIL: TMCNAIR@MCNAIRLAW.COM - URL: HTTP://WWW.MCNAIRLAW.COM