**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Randy Jay Spencer, | : | Bankruptcy No. 24-10166-JCM |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Randy Jay Spencer, | : | |
| | : | Document No.: 77 |
| Movant, | : | |
| | : | Related Document No.: 71, 74 |
| v. | : | |
| | : | |
| No Respondent, | : | **Hearing Date and Time:** |
| | : | August 27, 2024, at 2:00 p.m. |
| Respondent. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**DEBTOR'S AMENDED APPLICATION TO EMPLOY SPECIAL COUNSEL NUNC PRO**
**TUNC**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other
responsive pleading to the application filed on August 16, 2024, at Document No. 71, have been
received. The undersigned further certifies that the Court's docket in this case has been reviewed and
no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the
Order Setting Hearing and Response Deadline at Document No. 74, Objections were to be filed and
served no later than August 26, 2024, at 12:00 p.m.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to
Application recorded at Document No. 71 be entered by the Court.

Date: <u>August 26, 2024</u>

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com