IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>RANDY J. SPENCER,<br><br>              Debtor. | Case No. 24-10166-JCM<br><br>Chapter 13 |
| COMMONWEALTH OF PENNSYLVANIA,<br>DEPARTMENT OF REVENUE,<br><br>              Movant,<br><br>    v.<br><br>RANDY J. SPENCER,<br><br>              Respondent. | |

## **ORDER**

AND NOW, this _____ day of _____, 20__, upon the consideration of the *Objection to Confirmation of Amended Chapter 13 Plan Dated August 16, 2024*, by the Commonwealth of Pennsylvania, Department of Revenue, it is hereby ORDERED, ADJUDGED, and DECREED that the confirmation of the Debtor's Amended Chapter 13 Plan Dated August 16, 2024, is **DENIED**.

 

                                                          Hon. John C. Melaragno
                                                          United States Bankruptcy Judge