IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>RANDY J. SPENCER,<br><br>               Debtor.  | Case No. 24-10166-JCM<br><br>Chapter 13 |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE,<br><br>               Movant,<br><br>   v.<br><br>RANDY J. SPENCER,<br><br>              Respondent. | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on this 5th day of September, 2024, a true and correct copy of the *Objection to Confirmation of Amended Chapter 13 Plan Dated August 16, 2024*, by the Commonwealth of Pennsylvania, Department of Revenue, (a) has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System and (b) was electronically served upon the following counsel of record by means of the CM/ECF System:

    Mark G. Claypool on behalf of Creditor Galaxy Federal Credit Union
    mclaypool@kmgslaw.com,
    knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

    Daniel Conlon on behalf of Creditor Township of Cranberry
    dconlon@tuckerlaw.com, jlint@tuckerlaw.com

    Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

    Kate Deringer Sallie on behalf of Creditor Top Tier Credit Union
    ksallie@pillaraught.com, tlaughead@pillaraught.com

Maribeth Thomas on behalf of Creditor Township of Cranberry
mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Brian C. Thompson on behalf of Debtor Randy Jay Spencer
bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com; bthompson@ecf.courtdrive.com; mgillespie@thompsonattorney.com; kfinke@thompsonattorney.com; mrowe@thompsonattorney.com; thompson.brianr111424@notify.bestcase.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Dated:  September 5, 2024

                                              */s/ Allison L. Carr*
                                              Allison L. Carr