# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 24-10166-JCM |
| | : | |
| RANDY JAY SPENCER, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to Doc. No. 72 |
| | : | |

## ORDER OF COURT

**AND NOW**, this _____ day of _____, 2024, upon consideration of the Township of Cranberry's Objection to Debtor's Amended Chapter 13 Plan dated August 16, 2024, confirmation of the Amended Plan is **DENIED**.

BY THE COURT:

_____
JOHN C. MELARAGNO, JUDGE
UNITED STATES BANKRUPTCY COURT

TADMS:20536894-1:031243-174877