**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 24-10166-JCM |
| | : | |
| RANDY JAY SPENCER, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to Doc. No. 72 |
| | : | |

**CERTIFICATE OF SERVICE OF OBJECTION TO**
**DEBTOR'S AMENDED CHAPTER 13 PLAN DATED AUGUST 16, 2024**

    I, Maribeth Thomas, hereby certify that, on the 6th day of September, 2024, I served or caused to be served a true and correct copy of the Township of Cranberry's Objection to Debtor's Amended Chapter 13 Plan dated August 16, 2024, upon all parties in interest via the Court's CM/ECF notification system, and upon the following parties via First Class U.S. Mail, postage prepaid, at the addresses listed below:

| | |
|---|---|
| Randy Jay Spencer<br>166 Garden Lane<br>Franklin, PA 16323 | Brian C. Thompson<br>Thompson Law Group, PC<br>301 Smith Drive, Suite 6<br>Cranberry Township, PA 16066 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222 |

                                                   TUCKER ARENSBERG, P.C.

Dated: September 6, 2024                     */s/ Maribeth Thomas*
                                                   Maribeth Thomas, Esq. (PA ID No. 208376)
                                                   1500 One PPG Place
                                                   Pittsburgh, Pennsylvania 15222
                                                   (412) 566-1212
                                                   mthomas@tuckerlaw.com

                                                   *Counsel to the Township of Cranberry*