**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Randy Jay Spencer, : | Case No. 24-10166-JCM |
| : | |
| Debtor. : | Chapter 13 |
| _____ : | |
| Randy Jay Spencer, : | |
| : | Document No.: |
| Movant, : | |
| : | Related Document No.: |
| v. : | |
| : | Related Claim No.: 3 |
| Galaxy Federal Credit Union, : | |
| : | |
| Respondent. : | |

**ORDER GRANTING OBJECTION TO PROOF OF CLAIM NO. 3**

On this _____ day of _____, 2024, this matter being before the Court on Debtor's Objection to Proof of Claim No. 3, for the reasons stated in the Objection, or by default for Claimant's failure to respond, it is hereby ORDERED that Debtor's Objection to Proof of Claim No. 3 of Galaxy Federal Credit Union is sustained, and Respondent's Proof of Claim No. 3 is disallowed in its entirety.

Date:_____                                   _____
                                                           United States Bankruptcy Judge