IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 24-10166-JCM |
| | : | | |
| Randy Jay Spencer | : | Chapter: | 13 |
| | : | | |
| *Debtor.* | : | | |
| | : | Date: | 12/3/2024 |
| | : | Time: | 02:00 p.m. |

SIGNED
12/3/24 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## PROCEEDING MEMO

**MATTER**   #91 Debtor's Objection To Proof of Claim No. 3

#94 Response filed by Galaxy Federal Credit Union

**APPEARANCES:**

Debtor: Andrew Pratt
Trustee: Owen Katz
Galaxy Federal Credit Union: Mark G. Claypool

**NOTES:**

Pratt: There was never any notice of allowance of postpetition fees filed in the previous case. I am aware that Attys. Thompson and Claypool were trying to see if there is a potential resolution.

Claypool: I do agree a continuance would help. There is a conciliation conference on January 9th and an amended plan probably needs to be filed before that.

J.: Relay to Atty. Thompson that an amended plan needs to be filed.

**OUTCOME:**   Continued to January 21, 2025 at 2:00 P.M. TO to be entered.