IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Randy Jay Spencer | : | Case No. 24-10166-JCM |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Randy Jay Spencer | : | Related to Doc. 104 |
| | : | |
| Movant(s) | : | Hearing Date: 1/21/25 at 2:00 p.m. |
| | : | |
| vs. | : | |
| No Respondents | : | |
| Respondent(s) | : | |

## ORDER OF COURT

AND NOW, THIS _____ day of _____, 2025, upon consideration of the DEBTOR'S APPLICATION TO EMPLOY SPECIAL COUNSEL NUNC PRO TUNC and responses thereto, it is hereby ORDERED that the Motion is denied.

_____
U.S. BANKRUPTCY JUDGE