RANDY JAY SPENCER          24-10166JCM

TUCKER ARENSBERG PC
1500 ONE PPG PL
PITTSBURGH, PA  15222-5401

KNOX MCLAUGHLIN
GORNALL&SENNET
120 W 10TH ST
ERIE, PA  16501

US SMALL BUSINESS
ADMINISTRATION (*)
DENVER FINANCE CENTER
721 19TH ST STE 389
DENVER, CO  80202

NORTHWEST SAVINGS BANK**
COLLECTIONS DEPT*
POB 337*
WARREN, PA  16365

TOWNSHIP OF CRANBERRY
3726 STATE RTE 257
POB 378
SECECA, PA  16346

LVNV FUNDING LLC
C/O RESURGENT CAPITAL SVCS
PO BOX 10587
GREENVILLE, SC  29603-0587

SOCIAL SECURITY
ADMINISTRATION(*)
MID-ATLANTIC PROGRAM SVC
CENTER
ATTN CHAPTER 13 TRUSTEE
REMITTANCE SECTION
PO BOX 2861
PHILADELPHIA, PA  19122

NORTHWEST BANK*
COLLECTIONS DEPT*
100 LIBERTY ST
PO BOX 337*
WARREN, PA  16365

DLL FINANCE LLC
PO BOX 2000
JOHNSTON, IA  50131

COMMONWEALTH OF
PENNSYLVANIA**
OFC OF THE ATTORNEY GENERAL
(PA REV NTCS)
1251 WATERFRONT PL
MEZZANINE LEVEL
PITTSBURGH, PA  15222

GALAXY FEDERAL CREDIT UNION*
1313 LIBERTY ST
FRANKLIN, PA  16323

TOP TIER FCU
144 HOLIDAY INN RD
CLARION, PA  16214

BRIAN C THOMPSON ESQ
THOMPSON LAW GROUP PC
301 SMITH DRIVE SUITE 6
CRANBERRY TOWNSHIP, PA  16066

THOMPSON LAW GROUP PC
301 SMITH DRIVE SUITE 6
CRANBERRY TOWNSHIP, PA  16066

RANDY JAY SPENCER
166 GARDEN LANE
FRANKLIN, PA  16323

PA DEPARTMENT OF REVENUE*
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA  17128-0946

PILLAR & AUGHT LLC
4201 E PARK CIR
HARRISBURG, PA  17111

CRANBERRY TOWNSHIP**
C/O TUCKER ARENSBERG PC
1500 ONE PPG PL
PITTSBURGH, PA  15222