IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Randy Jay Spencer | : | Case No. 24-10166-JCM |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
| | : | |
| Movant(s) | : | Related to Documents 72 |
| | : | |
| vs. | : | Hearing Date:  1/21/25 |
| Randy Jay Spencer | : | at 2:00 p.m. |
| | : | |
| Respondent(s) | : | |

## ORDER OF COURT

AND NOW, THIS _____ day of _____, 2025, upon consideration of the OBJECTION TO AMENDED CHAPTER 13 PLAN DATED 08/16/2024 AND REQUEST CASE BE DISMISSED, and responses thereto, is hereby ORDERED that confirmation is denied and the case is dismissed.

_____
U.S. Bankruptcy Judge