## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 24-10166-JCM |
| | ) | |
| Randy Jay Spencer, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | February 18, 2025 at 1:30 p.m. |
| | ) | |
| No Respondent. | ) | |

## APPLICATION OF THOMPSON LAW GROUP, P.C. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR

1. The Applicant is Thompson Law Group, P.C. (the Applicant).

2. The Debtor commenced this case *pro se* under Chapter 13 on March 26, 2024. Applicant entered its appearance on April 9, 2024.

3. The applicant is requesting approval of compensation for legal services rendered on behalf of the Debtor for the period between April 4, 2024 to January 14, 2025, in the total amount of $10,225.00 in fees and $40.48 in costs.

4. The applicant is charging time as reflected within, the hourly rate for services rendered by an attorney being $350 per hour, and ½ time rate of $125 per hour for travel time.

5. Counsel received an initial retainer in the amount of $1,000.00 from the Debtor.

6. The professional services performed by the Applicant were performed for the benefit of this Estate.

7. Attached hereto as Exhibit A is an itemization of time spent in this Chapter 13 Case by the Applicant for the period from April 4, 2024 to January 14, 2025.

**WHEREFORE**, the Applicant respectfully requests that this Honorable Court enter an Order approving the Applicant's request for interim compensation in the amount of $10,225.00 in fees and $40.48 in costs.

Dated: January 14, 2025

Respectfully submitted,
/s/Brian C. Thompson
Brian C. Thompson, Esquire
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404
bthompson@thompsonattorney.com