**Randy J. Spencer**
**Case No.: 24-10166-JCM**
**Western District of Pennsylvania**

**CATEGORY LISTING OF TIME AND SERVICES ON BEHALF OF CREDITOR**
Category 1 - Case Administration, Preparation and Filing of Documents, Lien Search
Category 2 - Preparation for and Appearance at 341 meetings and Hearings
Category 3 - Claims Administration
Category 4 - Consultation and Communication with client, correspondence with creditors and other third parties
Category 5 - Fee Application Preparation
Category 6 - Administrative Services, ie, file maintenance, docket review, typing, filing & service of documents
Category 7 – LMP Services

**LEGEND:**
BT – Brian Thompson ($350/hr. for professional services, $175/hr. travel time)

| DATE | TIMEKEEPER | CATEGORY | DESCRIPTION OF SERVICE | RATE | HOURS | COST |
|---|---|---|---|---|---|---|
| 04/04/2024 | BT | 4 | Initial phone consult (no charge) | $0.00 | 0.5 | $0.00 |
| 04/09/2024 | BT | 1 | Prepare and File Motion to Extend Time to Complete BK Filing/ Review Order re Same | $350.00 | 0.5 | $175.00 |
| 04/09/2024 | BT | 1 | Prepare and file notice of appearance | $350.00 | 0.2 | $70.00 |
| 04/10/2024 | BT | 1 | Prepare and File Declaration re EF | $350.00 | 0.2 | $70.00 |
| 04/23/2024 | BT | 1 | Prepare and File Motion to Extend Time to Complete BK Filing | $350.00 | 0.4 | $140.00 |
| 04/24/2024 | BT | 1 | Review Order Granting Motion to Extend Time to Complete BK Filing | $350.00 | 0.1 | $35.00 |
| 05/07/2024 | BT | 1 | Prepare and File Completed Chapter 13 Petition | $350.00 | 2.2 | $770.00 |
| 05/07/2024 | BT | 1 | Prepare and File Employee Income Records | $350.00 | 0.2 | $70.00 |
| 05/07/2024 | BT | 1 | Prepare and File Chapter 13 Plan | $350.00 | 1.5 | $525.00 |
| 05/08/2024 | BT | 3 | Review and Analyze POC 1 & 2 | $350.00 | 0.3 | $105.00 |
| 05/08/2024 | BT | 1 | Review 341 Meeting Notice | $350.00 | 0.1 | $35.00 |
| 05/09/2024 | BT | 3 | Review and Analyze POC 3 | $350.00 | 0.2 | $70.00 |
| 05/10/2024 | BT | 4 | Correspond w/ S. Searl re; DLL loans | $350.00 | 0.1 | $35.00 |
| 05/13/2024 | BT | 1 | Review Objection to Confirmation of Plan | $350.00 | 0.1 | $35.00 |
| 05/15/2024 | BT | 3 | Review POC 4 | $350.00 | 0.1 | $35.00 |
| 05/16/2024 | BT | 4 | Correspond w/ M. Claypool re: Galaxy FCU claim | $350.00 | 0.3 | $105.00 |
| 05/16/2024 | BT | 2 | Meeting w/ Debtor re: Schedules/Plan and various other case matters | $350.00 | 1.0 | $350.00 |
| 05/22/2024 | BT | 1 | Prepare and File Amended Schedules A, B, & F and Amended Statement of Financial Affairs | $350.00 | 0.6 | $210.00 |
| 05/22/2024 | BT | 1 | Review Objection to Plan | $350.00 | 0.1 | $35.00 |
| 05/23/2024 | BT | 4 | Correspond w/ M. Claypool/Debtor re: Galaxy FCU loan payment history/review documents re: same | $350.00 | 0.2 | $70.00 |

| Date | Atty | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/29/2024 | BT | 3 | Review and Analyze POC 6 | $350.00 | 0.2 | $70.00 |
| 05/29/2024 | BT | 4 | Communicate w/ Special Counsel/edit and review draft motion | $350.00 | 0.4 | $140.00 |
| 05/29/2024 | BT | 4 | Telephone conversation w/ K Salle re: Top Tier claims/Plan/POC's | $350.00 | 0.3 | $105.00 |
| 05/30/2024 | BT | 3 | Review POC 7, 8, 9, 10, & 11 | $350.00 | 0.5 | $175.00 |
| 05/31/2024 | BT | 1 | Review Withdrawal of POC 6 & 7 | $350.00 | 0.2 | $70.00 |
| 06/03/2024 | BT | 1 | Review Orders Granting Withdrawal of POC 6 & 7 | $350.00 | 0.2 | $70.00 |
| 06/04/2024 | BT | 3 | Review POC 12, 13, 14, & 15 | $350.00 | 0.3 | $105.00 |
| 06/10/2024 | BT | 1 | Review Motion for Relief from Stay | $350.00 | 0.1 | $35.00 |
| 06/17/2024 | BT | 1 | Review Post-Hearing Memos | $350.00 | 0.1 | $35.00 |
| 06/17/2024 | BT | 2 | Prepare for 341 meeting | $350.00 | 0.4 | $140.00 |
| 06/17/2024 | BT | 2 | Attend 341 meeting | $350.00 | 0.6 | $210.00 |
| 06/18/2024 | BT | 1 | Prepare and File FM Cert | $350.00 | 0.2 | $70.00 |
| 06/19/2024 | BT | 4 | Telephone conversation w/ Debtor re: MFR/341 meeting | $350.00 | 1.0 | $350.00 |
| 06/27/2024 | BT | 1 | Prepare and File Response to MFR | $350.00 | 0.5 | $175.00 |
| 06/28/2024 | BT | 4 | Telephone conversation w/ MBT re: MFR/2004 examination | $350.00 | 0.4 | $140.00 |
| 07/08/2024 | BT | 4 | Correspond w/ MBT re: Cranberry TWO MFR/telephone conference/2004 | $350.00 | 0.2 | $70.00 |
| 07/11/2024 | BT | 4 | Conference w/ MBT/D. Conlon re: 2004 examination/note to file | $350.00 | 1.2 | $420.00 |
| 07/11/2024 | BT | 4 | Communicate w/ A. Carr re: Dept. of Revenue/taxes | $350.00 | 0.1 | $35.00 |
| 07/15/2024 | BT | 1 | Review Consent Motion to Continue/Reschedule Hearing | $350.00 | 0.1 | $35.00 |
| 07/15/2024 | BT | 4 | Commuinications w/ MBT regarding hearing/motion | $350.00 | 0.2 | $70.00 |
| 07/15/2024 | BT | 4 | Telephone conversation w/ debtor re: MFR hearing | $350.00 | 0.1 | $35.00 |
| 07/15/2024 | BT | 4 | Correspond w/ MBT re: continuance | $350.00 | 0.1 | $35.00 |
| 07/16/2024 | BT | 1 | Review Order Granting Motion to Continue Hearing | $350.00 | 0.1 | $35.00 |
| 07/17/2024 | BT | 4 | Correspond w/ Dept. of Revenue re: tax returns | $350.00 | 0.1 | $35.00 |
| 07/17/2024 | BT | 2 | Meeting w/ Debtor re: case status/2004 examination/MFR/memo to file re: same | $350.00 | 1.0 | $350.00 |
| 07/18/2024 | BT | 4 | Telephone conversation w/Debtor regarding tax return/special counsel | $350.00 | 0.1 | $35.00 |
| 07/22/2024 | BT | 1 | Review Response to Application to Employ Special Counsel | $350.00 | 0.1 | $35.00 |
| 07/23/2024 | BT | 4 | Correspond w/ Special Counsel/Debtor re: applicaion/objection | $350.00 | 0.1 | $35.00 |
| 07/23/2024 | BT | 4 | Correspond w/ A. Carr/Trustee re: tax return | $350.00 | 0.1 | $35.00 |

| Date | | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/05/2024 | BT | 4 | Review edited draft stipulation re: MFR/correspond w/ MBT re: same | $350.00 | 0.2 | $70.00 |
| 08/05/2024 | BT | 1 | Review Cert. of Counsel re Stipulation/ Review Order re Same/ Review Text Order Cancelling Hearing | $350.00 | 0.3 | $105.00 |
| 08/05/2024 | BT | 1 | Review Joinder to Chapter 13 Trustees Response to Debtors Application to Employ | $350.00 | 0.1 | $35.00 |
| 08/06/2024 | BT | 1 | Review Order re Personal Appearance | $350.00 | 0.1 | $35.00 |
| 08/09/2024 | BT | 4 | Correspond w/ Special Counsel/Debtor/MBT re: applicatoin/2004 exam | $350.00 | 0.4 | $140.00 |
| 08/09/2024 | BT | 1 | Review and analyze stipuulation/Correspond w/ K. Sallie re: same | $350.00 | 0.4 | $140.00 |
| 08/09/2024 | BT | 4 | Correspond w/ M. Claypool re: Northwest/loan history | $350.00 | 0.1 | $35.00 |
| 08/13/2024 | BT | 4 | Telephone conversation w/ Debtor re: 2004 examination/correspond w/ MBT re: same | $350.00 | 0.4 | $140.00 |
| 08/16/2024 | BT | 1 | Review and analyze amended stipulation/correspond w/ opposing counsel re: same | $350.00 | 0.3 | $105.00 |
| 08/16/2024 | BT | 1 | Prepare and File Amended Chapter 13 Plan | $350.00 | 1.2 | $420.00 |
| 08/19/2024 | BT | 1 | Review Stipulation/ Review Text Order | $350.00 | 0.2 | $70.00 |
| 08/19/2024 | BT | 1 | Review Notice Terminating Objection to Discharge Deadline | $350.00 | 0.1 | $35.00 |
| 08/26/2024 | BT | 1 | Prepare and File CNO re Application to Employ | $350.00 | 0.3 | $105.00 |
| 08/27/2024 | BT | 1 | Review Post-Hearing Memo/ Review Order Granting Application to Employ | $350.00 | 0.2 | $70.00 |
| 08/27/2024 | BT | 3 | Review and analyze Claims Register | $350.00 | 0.3 | $105.00 |
| 08/28/2024 | BT | 1 | Prepare and File Amended Schedule B | $350.00 | 0.5 | $175.00 |
| 08/30/2024 | BT | 4 | Correspond w/ Trustee and Top Tier Counsel re: stipulation | $350.00 | 0.1 | $35.00 |
| 08/30/2024 | BT | 1 | Prepare and File Motion to Extend Time | $350.00 | 0.4 | $140.00 |
| 09/03/2024 | BT | 1 | Review Order Granting Motion to Extend Time | $350.00 | 0.1 | $35.00 |
| 09/05/2024 | BT | 1 | Review Objection to Confirmation of Plan | $350.00 | 0.1 | $35.00 |
| 09/06/2024 | BT | 1 | Review Objection to Confirmation of Plan | $350.00 | 0.1 | $35.00 |
| 09/26/2024 | BT | 1 | Review Post-Hearing Memo | $350.00 | 0.1 | $35.00 |
| 09/27/2024 | BT | 4 | Correspond w/ MBT re: 2004 examination | $350.00 | 0.1 | $35.00 |
| 10/23/2024 | BT | 4 | Correspond w/ M. Claypool/review documents re: Objection to POC | $350.00 | 0.1 | $35.00 |
| 10/23/2024 | BT | 1 | Prepare and File Objection to POC 3 | $350.00 | 0.5 | $175.00 |
| 10/29/2024 | BT | 1 | Review Response to Objection to POC | $350.00 | 0.1 | $35.00 |
| 11/21/2024 | BT | 4 | Prepare for conciliation hearing | $350.00 | 0.5 | $175.00 |
| 11/21/2024 | BT | 2 | Attend conciliation hearing | $350.00 | 1.3 | $455.00 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| **11/21/2024** | BT | 1 | Review Post-Hearing Memo | $350.00 | 0.1 | $35.00 |
| **11/25/2024** | BT | 1 | Prepare and File Proposed Chapter 13 Confirmation Order | $350.00 | 0.2 | $70.00 |
| **11/26/2024** | BT | 1 | Review Order Confirming Plan | $350.00 | 0.1 | $35.00 |
| **12/03/2024** | BT | 3 | Communicate w/Debtor and M. Claypool re: Objection to Galaxy claim | $350.00 | 0.1 | $35.00 |
| **12/03/2024** | BT | 1 | Review Post-Hearing Memo/ Review Text Order Continuing Hearing | $350.00 | 0.2 | $70.00 |
| **12/05/2024** | BT | 1 | Prepare and File Application to Employ | $350.00 | 0.6 | $210.00 |
| **12/19/2024** | BT | 1 | Review Response to Amended Debtor's Application to Employ/ Review Order Scheduling Hearing | $350.00 | 0.2 | $70.00 |
| **12/31/2024** | BT | 4 | Correspond w/ Debtor re: objection to claim | $350.00 | 0.1 | $35.00 |
| **12/31/2024** | BT | 4 | Communicate w/ Debtor re: 3rd party valuation | $350.00 | 0.1 | $35.00 |
| **01/14/2024** | BT | 5 | Draft and file application for compensation | $350.00 | 1.6 | $560.00 |

**Total fees above "no-look": $5,225.00**
**Total Hours: 29.8 = $10,225.00**

**Expenses Total $40.48**

**Filing fee: $34.00**
**Postage & Copies $16.48**

**TOTAL DUE: $10,265.48**