**THOMPSON LAW GROUP, P.C.**
ATTORNEYS AT LAW
125 WARRENDALE-BAYNE ROAD, SUITE 200
WARRENDALE, PENNSYLVANIA 15086
(724) 799-8404

## Chapter 13 Bankruptcy Retainer Agreement

This Agreement for Legal Services is made and effective _____, by and between Thompson Law Group, P.C. ("Firm") and ____ ("Client").  I hereby agree to retain Thompson Law Group, P.C. as my counsel to represent me in a Chapter 13 Bankruptcy case.

**Fees and Costs**

The fee to file the Chapter 13 case is $ $1,000.00  including the initial $313.00 court filing fee.

All attorneys' fees shall be billed at an hourly rate of $350.00 and billed at a 1/10th hour. For example, the minimum amount charged for a phone call with the Firm is $35.00 (0.10 hour). The attorney's fees will be billed first from the above-requested initial retainer as well as the retainer to be paid through your Chapter 13 Plan under up to the currently Court approved fee. Once the hourly attorney's fees exceed the Court approved fee, Client agrees and consents to the Firm's application for additional attorney's fees filed with the Court. Client also agrees to the modification of the Chapter 13 Plan in order to pay these additional approved sums if necessary and applicable. If Client does not obtain a confirmed plan and the case is dismissed or converted to a Chapter 7 case prior to confirmation, you are signing an authorization allowing for any refund to be sent directly to Thompson Law Group, P.C. Our firm is authorized to endorse the check as your attorney and deposit the check in our account. All legal fees under this agreement are nonrefundable. Any retainer paid is nonrefundable either before or after the bankruptcy is filed. The retainer fee is considered earned upon receipt to allow Thompson Law Group, P.C. to commence representation of you, including the preparation of documents necessary to file a bankruptcy case. This is a benefit for Client to allow for the quickest bankruptcy case filing possible.

Costs shall be the responsibility of the Client. Firm is entitled to reimbursement of the following costs from client should the total fees and costs exceed the Court approved fee: filing fees, conversion fees, mailing expenses, supplies, delivery charges, parking fees, research, informational services, telephone charges, copying costs, and other costs associated with the processing of the case. There will be a $75.00 service charge for any requests for copies of a file.

**Conversion to a Chapter 7**
Any conversion to a Chapter 7 involves a new fee arrangement. Typically the additional charge is $1, 000 for the conversion work. The parties will enter in a new contract setting forth the chapter 7 fees. In the absence of a new contract executed by Debtor, Thompson Law Group, P.C. has the right to seek withdrawal as counsel, This contract is entered for Chapter 13 services only.

INITIAL: _____

**Credit Report/MyCase Information**
Should this firm be required to obtain one or more than one credit report(s), any fee(s) that is/are incurred at the time of acquisition, will be charged to the client. Additionally, any fee associated with importing the Best Case information into MyCase will be charged to the client.

**MyCase**
This firm uses MyCase as its current client management on-line portal to maintain direct contact with our client(s). Upon retaining our services, a link will be sent to your e-mail. You will be directed to follow the prompts to log-in into our server. Upon completing the log-in process, you agree to routinely check your account when notified in MyCase. You also agree to accept and view documents, messages and accept any and all mail through MyCase in lieu of receiving mail through the U.S. postal service.

**Complete Agreement**
This is the complete agreement between the parties and can only be modified by a subsequent writing signed by all Debtor and counsel. This is an agreement limited to representation in a bankruptcy case. Our office does not represent you in any other legal matters, including any civil litigation or any actions against your creditors or any other party not described herein. Client understands and acknowledges that Firm's representation does not include credit report disputes, Truth in Lending or Predatory Lending actions, or any other legal service not pertaining to your bankruptcy case or provided for herein.

**Understanding of Terms**
Client verifies that he/she has fully read this agreement and has asked any questions that he/she may have of counsel concerning its terms. I agree to all of the terms of this agreement in its entirety. Results are not guaranteed, but counsel agrees to use his or her best efforts.

Date:_____          By: _*randy j spencer*_____
                                       ID NsHBazAVJBqDNYHAyuvjB1bJ

Date:_____          By: _____
                                       THOMPSON LAW GROUP, P.C.

Revision: 1/3/2023

2

## eSignature Details

**Signer ID:**     **NsHBazAVJBqDNYHAyuvjB1bJ**
Signed by:         Randy Spencer
Sent to email:     HSpencer@PA.RR.com
IP Address:        24.209.35.247
Signed at:         Apr 9 2024, 10:29 am EDT