# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 24-10166-JCM |
| | ) | |
| Randy Jay Spencer, | ) | Chapter 13 |
| | ) | |
|     Debtor. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
|     Applicant, | ) | **Hearing date and time:** |
| vs. | ) | February 18, 2025 at 1:30 p.m. |
| | ) | |
|     No Respondent. | ) | |

## HISTORY OF CASE IN NARRATIVE FORM

The Debtor commenced this case *pro se* on March 26, 2024 in order to address delinquent property taxes along with a significant amount of unsecured debt. Applicant entered its appearance as Counsel for Debtor on April 9, 2024.

A Section 341 meeting of the creditors was held on June 17, 2024. A Continued meeting of creditors was held on December 7, 2023. An Amended Chapter 13 Plan was filed on August 16, 2024.

A Motion for Relief from Stay was filed on June 10, 2024. A Consent Order granting relief was entered on August 5, 2024.

An Application to Employ Special Counsel was filed on July 19, 2024. An Order granting the Application was entered on August 27, 2024.

Objections to Proof of Claim no. 3 was filed on October 23, 2024. A hearing was held on December 3, 2024. A continued hearing on the Objection is scheduled for January 21, 2025.

In addition, this case has required additional communication with Debtor and creditors to address other related case matters not evident on the Court's docket.

Dated: January 14, 2025          /s/Brian C. Thompson
                                                  Brian C. Thompson, Esquire
                                                  PA ID No. 91197
                                                  THOMPSON LAW GROUP, P.C.
                                                  301 Smith Drive, Suite 6
                                                  Cranberry Township, PA 16066
                                                  (724) 799-8404
                                                  bthompson@thompsonattorney.com