FORM JCM 13-9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 24-10166-JCM |
| | ) | |
| Randy Jay Spencer, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | February 18, 2025 at 1:30 p.m. |
| | ) | |
| No Respondent. | ) | |

## ORDER

**AND NOW**, this ____ day of _____, 20__, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. The *Application for Compensation* is **GRANTED** in the amount of $10,225.00 in fees and $40.48 in costs for services performed by Counsel for the Debtor for the period between April 4, 2024 to January 14, 2025.

2. The total amount of compensation, including the no-look fee, the amount set forth in Paragraph 1, above, and all other approved applications in this case amounts to $10,225.00 in fees and $40.48 in costs.

3. A total of $10,265.48 in compensation remains due.

4. The total compensation due set forth in Paragraph 3 ("Fees") may only be paid through the Chapter 13 Plan ("Plan") if Payment of the fees does not decrease the percentage or amount to be paid to other creditors through the Plan.

5. If the Trustee has funds on hand after the goals of the Plan are achieved or if the Fees are included in the confirmed Plan, the Trustee is authorized to make payment to the Movant of the Fees, otherwise, Debtor(s) must amend(s) the Plan within 14 days from the date of this Order.

BY THE COURT:

FORM JCM 13-9

_____
John C. Melaragno, Judge
United States Bankruptcy Court