**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 24-10166-JCM |
| | ) | |
| Randy Jay Spencer, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | February 18, 2025 at 1:30 p.m. |
| | ) | |
| No Respondent. | ) | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES**
**IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.**

To All Creditors and Parties in Interest:

1. Applicant represents Randy Jay Spencer

2. This is an interim application for the period April 4, 2024 to January 14, 2025.

3. Previous retainer paid to Applicant: $1,000.00.

4. Previous interim compensation allowed to Applicant: $4,000.00

5. Applicant requests additional:
   Compensation of $5,225.00
   Reimbursement of Expenses of $40.48

6. A hearing will be held on February 18, 2025, at 1:30 p.m. before Judge John C. Melaragno in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

7. Any written objections must be filed with the court and served on Applicant on or before January 31, 2025 seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: January 14, 2025          /s/Brian C. Thompson
                                 Brian C. Thompson, Esquire
                                 PA ID No. 91197
                                 THOMPSON LAW GROUP, P.C.
                                 301 Smith Drive, Suite 6
                                 Cranberry Township, PA 16066
                                 (724) 799-8404
                                 bthompson@thompsonattorney.com