IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 24-10166-JCM |
| | : | | |
| Randy Jay Spencer | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 1/21/2025 |
| | : | Time: | 02:00 |

**PROCEEDING MEMO**

<u>**MATTER**</u>     #91 Debtor's Objection To Proof of Claim No. 3
           #94 Response filed by Galaxy Federal Credit Union

<u>**APPEARANCES:**</u>
       Debtor:       Brian C. Thompson
       Trustee:      James Warmbrodt
       Galaxy Federal Credit Union: Mark Claypool

<u>**NOTES:**</u>

<u>**OUTCOME:**</u>     DENIED as moot in light of dismissal of the case. TO to be entered.

SIGNED
1/21/25 4:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA