# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 24-10166-JCM |
| | : | | |
| Randy Jay Spencer | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 1/21/2025 |
| | : | Time: | 02:00 |

### PROCEEDING MEMO

**MATTER**      #104 Amended Debtor's Application To Employ Special Counsel
         Nunc Pro Tunc
         #105 Response filed by Chapter 13 Trustee

**APPEARANCES:**

         Debtor: Brian C. Thompson
         Trustee:James Warmbrodt

**NOTES:**

**OUTCOME:**      DENIED as moot in light of dismissal of the case.  TO to be entered.

                                    SIGNED
                                    1/21/25 4:29 pm
                                    CLERK
                                    U.S. BANKRUPTCY
                                    COURT - WDPA