# Notice Recipients

District/Off: 0315−1             User: auto                  Date Created: 1/21/2025
Case: 24−10166−JCM          Form ID: pdf900           Total: 24

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Township of Cranberry
cr          Commonwealth of Pennsylvania, Department of Revenue
15807565    Township of Cranberry
                                                                                    TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
tr          Ronda J. Winnecour         cmecf@chapter13trusteewdpa.com
aty         Allison L. Carr            acarr@attorneygeneral.gov
aty         Brian C. Thompson          bthompson@ThompsonAttorney.com
aty         Daniel Conlon              dconlon@tuckerlaw.com
aty         Kate Deringer Sallie       ksallie@pillaraught.com
aty         Maribeth Thomas            mthomas@tuckerlaw.com
aty         Mark G. Claypool           mclaypool@kmgslaw.com
                                                                                    TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Randy Jay Spencer          166 Garden Lane         Franklin, PA 16323
cr          Galaxy Federal Credit Union        1313 Liberty Street     Franklin, PA 16323
cr          LVNV Funding LLC           c/o Resurgent Capital Services      P.O. Box 10587      Greenville, SC 29603−0587
cr          Top Tier Credit Union      144 Holiday Inn Road     Clarion, PA 16214
sp          Timothy D. McNair          821 State Street        Erie, PA 16501
15699358    DLL Finance LLC            8001 Birchwood Court    P. 0. Box 2000     Johnston, IA 50131−0020
15699356    Galaxy Federal Credit Union        1313 Liberty Street     Franklin, PA 16323
15720278    LVNV Funding, LLC          Resurgent Capital Services    PO Box 10587     Greenville, SC 29603−0587
15699355    Northwest Bank             1301 Liberty Street     Franklin, PA 16323
15715554    Northwest Bank             PO Box 337              Warren, PA 16365
15700109    Pennsylvania Department of Revenue      Bankruptcy Division PO Box 280946     Harrisburg, PA
            17128−0946
15699357    Top Tier Federal Credit Union      6935 U.S. 322    Cranberry, PA 16319
15805040    Top Tier Federal Credit Union      Pillar+Aught, LLC     Attn: Abby Kaspszyk     4201 E. Park
            Circle     Harrisburg, PA 17111
                                                                                    TOTAL: 13