IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 24-10166-JCM |
| | ) | |
| Randy Jay Spencer, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| | ) | Related to Document No. |

### DEBTOR'S OBJECTION TO CLAIM FOR COUNSEL FEES

The Debtor commenced this case *pro se* on March 26, 2024 in order to stop one Creditor from seizing Debtor's assets.

Brian C. Thompson, Esquire, Thompson Law Group, P.C. entered its appearance on April 9, 2024. On or about the second week of January, 2025 Counsel informed the Debtor that he could never develop a suitable plan for Debtor, but rather was merely "buying the Debtor time."

Communication for case status and requirements were generally non-existent except for a day or two before a scheduled proceeding, often leaving the Debtor in the dark.

Your Debtor respectfully objects to the payment of counsel fees, costs and expenses as requested by Attorney Thompson in the amount of $10,265.48, but would rather see funds held by the U.S. Trustee disbursed to the Creditors.

WHEREFORE, Your Debtor respectfully requests this Honorable Court to deny Attorney Thompson's application for counsel fees, costs and expenses in the amount of $10,265.48.

Respectfully submitted,

*/s/ Randy Jay Spencer*

Dated: January 31, 2025

Randy Jay Spencer, Debtor, *pro se*
166 Garden Lane
Franklin, PA 16323
(814) 670-9525

FILED
25 FEB -3 AM 11:21
CLERK
U.S. BANKRUPTCY
COURT - ERIE