**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| RANDY JAY SPENCER | Case No.:24-10166 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/26/2024 and confirmed on 11/26/2024. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 11,680.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 11,680.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 1,766.98 | |
|     Trustee Fee | 700.80 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,467.78 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   TOWNSHIP OF CRANBERRY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOWNSHIP OF CRANBERRY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOWNSHIP OF CRANBERRY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOWNSHIP OF CRANBERRY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOWNSHIP OF CRANBERRY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOWNSHIP OF CRANBERRY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOWNSHIP OF CRANBERRY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOWNSHIP OF CRANBERRY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DLL FINANCE LLC | 23,111.21 | 2,493.21 | 510.46 | 3,003.67 |
|     Acct: 2047 | | | | |

| 24-10166 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Secured | | | | |
|   NORTHWEST SAVINGS BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 62,387.05 | 0.00 | 0.00 | 0.00 |
|     Acct: 5595 | | | | |
|   TOP TIER FCU | 0.00 | 3,534.54 | 0.00 | 3,534.54 |
|     Acct: 3962 | | | | |
|   TOP TIER FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3962 | | | | |
|   TOP TIER FCU | 0.00 | 1,492.11 | 0.00 | 1,492.11 |
|     Acct: 3962 | | | | |
|   CRANBERRY TOWNSHIP** | 96,118.91 | 0.00 | 0.00 | 0.00 |
|     Acct: 8482 | | | | |
|   CRANBERRY TOWNSHIP** | 96,118.91 | 0.00 | 0.00 | 0.00 |
|     Acct: 8492 | | | | |
|   CRANBERRY TOWNSHIP** | 96,118.91 | 0.00 | 0.00 | 0.00 |
|     Acct: 8502 | | | | |
|   TOP TIER FCU | 0.00 | 1,181.90 | 0.00 | 1,181.90 |
|     Acct: 3962 | | | | |
|   TOP TIER FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3962 | | | | |
|   TOP TIER FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GALAXY FEDERAL CREDIT UNION* | 94,576.30 | 0.00 | 0.00 | 0.00 |
|     Acct: 8792 | | | | |
| | | | | 9,212.22 |
| Priority | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RANDY JAY SPENCER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 4,000.00 | 1,766.98 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 5,265.48 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX4/25 | | | | |
| | ***NONE*** | | | |
| Unsecured | | | | |
|   NORTHWEST BANK* | 11,318.76 | 0.00 | 0.00 | 0.00 |
|     Acct: 8462 | | | | |
|   PA DEPARTMENT OF REVENUE* | 273.58 | 0.00 | 0.00 | 0.00 |
|     Acct: 5595 | | | | |
|   SOCIAL SECURITY ADMINISTRATION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOP TIER FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3962 | | | | |
|   CRANBERRY TOWNSHIP** | 3,750.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5020 | | | | |
|   US SMALL BUSINESS ADMINISTRATION (* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7807 | | | | |
|   LVNV FUNDING LLC | 3,172.31 | 0.00 | 0.00 | 0.00 |
|     Acct: 2554 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5458 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2169 | | | | |
|   TUCKER ARENSBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KNOX MCLAUGHLIN GORNALL&SENNET | 0.00 | 0.00 | 0.00 | 0.00 |

| 24-10166 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: | | | | |
| | PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | 9,212.22 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 468,431.29 | |
| UNSECURED | 18.514.65 | |

Date: 02/11/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com