# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 24-10166-JCM |
| | : | | |
| Randy Jay Spencer | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 2/18/2025 |
| | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER**  #110 Application for Compensation for Brian C. Thompson, Debtor's Attorney
  #122 CNO Filed
  #123 Objection by Debtor

**APPEARANCES:**

  Debtor: Brian C. Thompson + Debtor
  Trustee: Ronda J. Winnecour

**NOTES:**

Thompson:  We are not seeking to collect these fees.

**OUTCOME:**  DENIED / MOE

SIGNED
2/18/25 4:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA