IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 24-10166-JCM |
| | ) | |
| Randy Jay Spencer, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Related to Document No. 110 |
| | ) | |
| Thompson Law Group, P.C., | ) | |
| | ) | |
| Applicant, | ) | |
| vs. | ) | |
| | ) | |
| No Respondent. | ) | |

## ORDER

**AND NOW**, this **19th** day of **February, 2025,** for the reasons stated at the hearing held February 18, 2025 and on the request of Counsel for the Debtor, it is hereby **ORDERED, ADJUDGED, and DECREED** that the *Application for Compensation* is **DENIED as moot** in light of dismissal of the case.

BY THE COURT:

_____dak_
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
2/19/25 10:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA